UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABIGAIL M. MECKLE,<br><br>              Plaintiff,<br><br>     vs.<br><br>DR. GRIG KENNDY, KRISTY ROGERS, SPOKANE COUNTY JAIL, PUBLIC DEFENDER, and SGT JALASKIEY,<br><br>              Defendants. | NO.   CV-08-104-LRS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff Abigail M. Meckle's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 10) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

///

///

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.

**DATED** this ___21st___ day of August, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2